UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:21-cv-23695-MGC

ANAMARIA MORAN,

    **Plaintiff**,

v.

HALSTED FINANCIAL SERVICES LLC,

    **Defendant.**
_____/

REQUEST FOR JUDICIAL NOTICE

Defendant, Halsted Financial Services, LLC, by and through the undersigned counsel, files this its Motion for Judicial Notice and in support thereof states as follows:

1. Pursuant to Rule 201(b)(2), Fed Rules of Evidence, the Court may take judicial notice of a fact that is not subject to reasonable dispute because it be "accurately and readily determined from sources whose accuracy cannot reasonably be questioned."

2. The Court "must take judicial notice if a party requests it and the court is supplied with the necessary information." Rule 201(c)(2), Fed. Rules of Evidence.

3. Pursuant to the aforementioned sections of the Federal Evidence Code, Defendant requests the Court take judicial notice of the following fact ("Facts"):

      a.    Defendant, Halsted Financial Services, LLC has been licensed as consumer collection agency in the state of Florida since January 1, 2012.

4.    The source from which this Fact may be determined and whose accuracy cannot be questioned is the records of the Office of Financial Regulation. A printout of Defendant's licensing information is attached hereto as Exhibit A.

## MEMORANDUM OF LAW

"Facts contained in public records are considered appropriate subjects of judicial notice." *Metro. Creditors' Tr. v. Pricewaterhousecoopers, LLP*, 463 F. Supp. 2d 1193, 1197 (E.D. Wash. 2006). "Public records and government documents are generally considered not to be subject to reasonable dispute. This includes public records and government documents available from reliable sources on the Internet." U.*S. ex rel. Dingle v. BioPort Corp.*, 270 F. Supp. 2d 968, 972 (W.D. Mich. 2003)(citations omitted).

WHEREFORE, Defendant respectfully requests this Court to grant Defendant's motion and take judicial notice of the Facts stated above herein.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to all attorneys of record via CM/ECF on the 1st day of December, 2021.

                                                        **WALTERS LEVINE PARISI & DEGRAVE**
                                                        601 Bayshore Boulevard, Suite 720

Tampa, Florida 33606
Phone: (813) 254-7474
Facsimile: (813) 254-7341
Attorneys for Plaintiff

*/s/ Michael A. Gold*
**MICHAEL A. GOLD, LL.M.**
Florida Bar No. 71943
mgold@walterslevine.com
cmanganiello@walterslevine.com



**THE LICENSEE IDENTIFIED BELOW IS AUTHORIZED TO CONDUCT BUSINESS AS INDICATED BY THE LICENSE TYPE.**

| | |
|---|---|
| **LICENSE TYPE:** | Consumer Collection Agency |
| **LICENSE NAME:** | HALSTED FINANCIAL SERVICES, LLC |
| **ORIGINAL DATE OF LICENSE:** | 01/01/2012 |
| **LICENSE NUMBER:** | CCA9902613 |
| **LICENSE EXPIRATION DATE:** | 12/31/2022 |

**LICENSE MAIN ADDRESS:**

| | |
|---|---|
| **STREET:** | 8001 N. LINCOLN AVE. |
| | SUITE 500 |
| **CITY:** | SKOKIE |
| **STATE:** | IL |
| **ZIP CODE:** | 60077 |